IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


HOLLY ANGEL CLEMENTS                                                    PLAINTIFF


VS.                                    CASE NO. 08-CV-4078


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                         DEFENDANT


## JUDGMENT

Now on this 28th day of August, 2009, comes for consideration the Report and

Recommendation dated August 10, 2009, by the Honorable James R. Marschewki, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed the case, and being well and

sufficiently advised, finds the Report and Recommendation is proper and should be adopted in its

entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; reverses the

decision of the Commissioner; and remands this case to the Commissioner for further consideration

pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to

Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. § 2412(d)(1)(B),

(d)(2)(G).

IT IS SO ORDERED.


                                        /s/Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge